UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JESSE HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>K. HOLLAND,<br><br>  Defendant. | No. 2:15-cv-01912-MCE-CMK<br><br>**ORDER** |

Plaintiff's Motion for Reconsideration (ECF No. 44) is DENIED.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE